```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------
```

RALPH LIMA,

                      Plaintiff,

                                              No. 9:13-CV-0410
      -v-                                         (DNH/DEP)

DR. MICHAEL SLOAN, et al.,

                      Defendants.
```
----------------------------------
```

APPEARANCES:                                       OF COUNSEL:

RALPH LIMA, Pro Se
11-A-2465
Sullivan Correctional Facility
Box 116
Fallsburg, NY 12733

HON. ERIC T. SCHNEIDERMAN           C. HARRIS DAGUE, ESQ.
New York State Attorney General          Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

     Pro se plaintiff Ralph Lima brought this action pursuant to 42 U.S.C. § 1983. On April 2, 2014, the Honorable David E. Peebles, United States Magistrate Judge, advised by Report-Recommendation that defendants' motion to dismiss plaintiff's complaint based on plaintiff's failure to update the court with his address be granted. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants' motion to dismiss the complaint is GRANTED; and

2. Plaintiff's complaint is DISMISSED in its entirety.

The Clerk is directed to serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules and close the file.

_____
United States District Judge

Dated: May 5, 2014
       Utica, New York.